| | |
|---|---|
| 1 | rjonesinf2 |
| 2 | LEONARDO M. RAPADAS<br>United States Attorney |
| 3 | STEVE CHIAPPETTA<br>Special Assistant U.S. Attorney |
| 4 | Suite 500, Sirena Plaza<br>108 Hernan Cortez Ave. |
| 5 | Hagåtña, Guam 96910<br>PHONE: 472-7332 |
| 6 | FAX: 472-7334 |
| 7 | Attorneys for the United States of America |

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
MAY 13 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 05-00021 |
|---|---|
| Plaintiff, | ) **AMENDED INFORMATION** |
| | ) **DRIVING UNDER THE INFLUENCE OF ALCOHOL** (Count 1) |
| ROBERT T. JONES, | ) [16 GCA 180102(a) and 18 USC §§ 7(3) and 13] |
| Defendant. | ) **OPEN CONTAINER IN MOTOR VEHICLE** |
| | ) [16 GCA 18121 AND 18 USC §§ 7(3) and 13] |
| | ) (Count 2) |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT I - DRIVING UNDER THE INFLUENCE OF ALCOHOL**

On or about 26 January 2005, in the District of Guam, the defendant, **ROBERT T. JONES**, at Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did operate and was in physical control of a motor vehicle while under the influence of alcohol, in violation of 16 Guam Code Annotated, Section 18102(a) (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

**COUNT II – OPEN CONTAINER IN A MOTOR VEHICLE**

On or about 26 January 2005, in the District of Guam, the defendant, **ROBERT T. JONES**, at Naval Base Guam, on land acquired for the use of the United States and under the

concurrent jurisdiction thereof, did possess an open container of alcohol while in physical control of his vehicle, in violation of 16 Guam Code Annotated, Section 18121 and Title 18, United States Code, Sections 7(3) and 13.

DATED this 13 day of May, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/ STEVE CHIAPPETTA
STEVE CHIAPPETTA
Special Assistant U.S. Attorney