rjonesmot

LEONARDO M. RAPADAS
United States Attorney
STEVEN CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
MAY 16 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00021 |
| Plaintiff. ) | |
| vs. ) | **UNITED STATES' REQUEST FOR ISSUANCE OF SUMMONS AND ORDER** |
| ROBERT T. JONES, ) | |
| Defendant. ) | |

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, ROBERT T. JONES, based on an Amended Information filed charging

//
//
//
//
//
//
//



the defendant with Driving Under the Influence of Alcohol in violation to Title 16, Guam Code Annotated, Section 180102(a) and Title 18, United States Code, Sections 7(3) and 13 and Open Container in Motor Vehicle in violation to Title 16, Guam Code Annotated, Section 18121 and Title 18, United States Code, Sections 7(3) and 13.

Respectfully submitted this 13th day of May 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ STEVEN CHIAPPETTA
Special Assistant U.S. Attorney

\* \* \* \* \* ORDER \* \* \* \* \*

IT IS SO ORDERED that a summons will be issued for the above-named defendant.

5/16/2005
DATE

/s/ JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

RECEIVED
MAY 13 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM