VAN DE VELD SHIMIZU CANTO & FISHER
Suite 101 De La Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
Telephone: (671) 472-2863/4
Facsimile: (671) 472-2886

**Attorney for Defendant: ROBERT T. JONES JR.**

**FILED**
DISTRICT COURT OF GUAM
MAY 1 6 2005
**MARY L.M. MORAN**
**CLERK OF COURT**

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>ROBERT T. JONES JR.,<br><br>   Defendant. | ) Criminal Case No. ~~CR03-00095-002~~<br>)    MG-05-00021<br>)<br>)<br>)<br>) **ENTRY OF APPEARANCE**<br>)<br>)<br>)<br>) |

COMES NOW Van de veld Shimizu Canto & Fisher, by counsel, Thomas J.

Fisher, Esq., to enter said counsel's appearance in the above captioned matter.

Respectfully submitted: this Thursday, May 12, 2005.

**VAN DE VELD SHIMIZU CANTO & FISHER**

**THOMAS J. FISHER, ESQ.**
*Attorney for Defendant*
*ROBERT T. JONES JR.*

UNITED STATES OF AMERICA, Plaintiff v. ROBERT T. JONES JR., Defendant    Page 1
Criminal Case No. GU10-N112153
**ENTRY OF APPEARANCE**
Case 1:05-mj-00021  Document 5  Filed 05/16/2005  Page 1 of 1

ORIGINAL