AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
MAY 24 2005
MARY L.M. MORAN
CLERK OF COURT

| UNITED STATES OF AMERICA<br>V.<br>**ROBERT T. JONES** | SUMMONS IN A CRIMINAL CASE<br>Case Number: MG-05-00021 |
|---|---|

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | Room<br>413<br>Date and Time<br>**Tuesday, June 28, 2005 at 9:00 a.m.** |
|---|---|

To answer a(n)

☐ Indictment   **X** Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**16 GCA 180102(a) & 18 USC 7(3) & 13 - DRIVING UNDER THE INFLUENCE OF ALCOHOL**

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*[signature]* Marilyn B. Alcon
Signature of Issuing Officer

**May 12, 2005**
Date

# RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☒ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  5-24-05                    J.C.G. SALAS
            Date                         Name of United States Marshal

                                         S/DUSM FRANKLIN J. TAITAGUE
                                         (by) Deputy United States Marshal

Remarks: RECEIVED AMENDED INFORMATION SUMMONS ON MAY 18, 2005

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.