# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
JUN 23 2005
MARY L.M. MORAN
CLERK OF COURT

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| **ROBERT T. JONES** | Case Number: MG-05-00021 |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue, Hagatna, Guam | 413 |
| Before: HONORABLE JOAQUIN V.E. MANIBUSAN, JR. | Date and Time<br>Tuesday, June 28, 2005 at 9:30 a.m. |

To answer a(n)
☐ Indictment  X Amended Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

16 GCA 180102(a) & 18 USC §§ 7(3) AND 13 - DRIVING UNDER THE INFLUENCE OF ALCOHOL (COUNT I)

16 GCA 18121 & 18 USC §§ 7(3) AND 13 - OPEN CONTAINER IN MOTOR VEHICLE (COUNT 2)

**VIRGINIA T. KILGORE, Deputy Clerk**
Name and Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

**May 17, 2005**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

Date
Service was made by me on:[1]

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☒ Returned unexecuted: IND. OFF ISLAND. RCV'D. INFO. THAT IND. IS REPRESENTED BY ATTY. TOM FISCHER. CALLED ATTY. FISCHER'S OFF. ATTY. OFF ISLAND UNTIL MON. 6/27/05. AS PER SECRETARY IND. IS THEIR CLIENT.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  6/23/05
               Date

J.L. G-Sows
Name of United States Marshal

Sousm U. Ungoca
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.