FILED
DISTRICT COURT OF GUAM
JUN 28 2005
MARY L.M. MORAN
CLERK OF COURT

(8)

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## MAGISTRATE CRIMINAL MINUTES

**CASE NO. MG-05-00021** **DATE: 06/28/2005** **TIME: 10:42 a.m.**

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**
Law Clerk: Judith Hattori
Court Recorder: Jamie Phelps
Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 10:35:59 - 10:42:27 - 10:45:08
CSO: B. Pereda / N. Edrosa

**APPEARANCES**

**DEFT: ROBERT T. JONES**
( X ) NOT PRESENT ( ) CUSTODY ( ) BOND (X) P.R.

**ATTY : JAMIE CANTO**
( X ) PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY: STEPHEN CHIAPPETTA**
**AGENT:**
**U.S. PROBATION: CARLEEN BORJA**
**U.S. MARSHAL: S. LUJAN / F. TAITAGUE**

## PROCEEDINGS: INITIAL APPEARANCE RE INFORMATION

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:__________, ATTORNEY APPOINTED
( ) DEFENDANT SWORN AND EXAMINED: AGE: ___ HIGH SCHOOL COMPLETED: ______
( ) DEFENDANT ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:__________ at ____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANTS WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( ) PLEAS ENTERED: ( ) *GUILTY* ( ) *NOT GUILTY* - TO:__________
( ) COUNT(S) __________ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: ______ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:________ FOR RECOMMENDATION.

( ) SENTENCING DATE: ______ at ______ ( ) STATUS HEARING:______ at ____
( ) PRESENTENCE REPORT ORDERED AND DUE: ______
( ) PRELIMINARY EXAMINATION SET FOR: ______
( X ) ARRAIGNMENT SET FOR: AUGUST 15, 2005 at 9:00 A.M.
( ) TRIAL SET FOR: ______

PROCEEDINGS CONTINUED TO: ______ at ______
( ) DEFENDANT TO BE RELEASED ON BOND (see attached release conditions)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:__________ at ____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**Defendant was not present. Defense requested the Court to either waive Defendant's appearance for today's hearing or to continue this proceeding. The Court stated that because there is no waiver in writing the Court will need to continue arraignment for thirty days. No objection. Arraignment continued to August 15, 2005 at 9:00 a.m.**