robertjonesdismissnew

LEONARDO M. RAPADAS
United States Attorney
STEVEN CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM

AUG - 8 2005 ᐢᑭ

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRIATE CASE NO. 05-00021 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **UNITED STATE'S MOTION** |
| ) | **TO DISMISS AMENDED** |
| ) | **INFORMATION** |
| ) | |
| ROBERT T. JONES, ) | |
| ) | |
| Defendant. ) | |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Amended Information in the above cause, as to defendant ROBERT T. JONES, be dismissed with prejudice, for the reason that the dismissal will serve the ends of justice.

Respectfully submitted this 8th day of August, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
STEVE CHIAPPETTA
Special Assistant U.S. Attorney