LEONARDO M. RAPADAS
United States Attorney
STEVE CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM

AUG - 9 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRIATE CASE NO. 05-00021 |
| Plaintiff, | |
| vs. | ORDER |
| ROBERT T. JONES, | |
| Defendant. | |

This matter having come before this Honorable Court based on the United States' Motion to Dismiss Amended Information in the above-captioned matter; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the Amended Information be dismissed.

DATE: 8/9/2005

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

**RECEIVED**
AUG - 8 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM